**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.* VERITY
INVESTIGATIONS, LLC,

                  Plaintiff,

      v.

RAMAPO MANOR NURSING CENTER, INC.,

                Defendant.

**FILED UNDER SEAL**

26 Civ. 830 (JGLC)

## THE UNITED STATES' NOTICE OF DECISION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America (the "Government"), by its undersigned attorney, hereby respectfully notifies the Court of its decision not to intervene in the above-captioned *qui tam* action.

Although the Government declines to intervene in this action, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain his action in the name of the Government, provided, however, that the complaint "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the Government respectfully requests that in the event that the relator seeks to dismiss, settle, or otherwise discontinue this action, the Court shall require the relator to solicit the written consent of the Government before applying for Court approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings and briefs filed in this matter be served upon the Government. The Government also requests that the Court direct the relator's counsel to serve on the Government any orders issued by the Court. The Government reserves its right to order the transcript of any depositions taken with respect to the allegations in the relator's complaint. The Government also reserves its right to

intervene with respect to the allegations in the relator's *qui tam* complaint, for good cause, at a later date, and to seek the dismissal of the relator's action under 31 U.S.C. §§ 3730(c)(2)(A) and 3730(e)(4).

The Government also requests that the Government be served with any notices of appeal.

A proposed order accompanies this notice.

Dated: New York, New York
      April 29, 2026

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

By:   */s/ Charles S. Jacob*
        CHARLES S. JACOB
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Telephone: 212-637-2725
        charles.jacob@usdoj.gov

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: April 29, 2026
      White Plains, New York

2